IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:12-cv-00818-AP

THERESA WELCH,

        Plaintiff,

  v.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

        Defendant.
_____
**JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES**
_____

### 1. APPEARANCES OF COUNSEL AND PRO SE PARTIES

| For Plaintiff: | For Defendant: |
|---|---|
| Frederick W. Newall #10269, Esq. | JOHN F. WALSH |
| 730 N. Weber, #101 | United States Attorney |
| Colorado Springs, CO 80903 | |
| Telephone (719) 633-5211 | WILLIAM G. PHARO |
| E-mail: fnewall@qwestoffice.net | Assistant United States Attorney |
| | United States Attorney's Office |
| | District of Colorado |
| | William.Pharo@usdoj.gov |
| | |
| | DAVID BLOWER |
| | Special Assistant United States Attorney |
| | Office of the General Counsel |
| | Social Security Administration |
| | 1001 Seventeenth Street |
| | Denver, CO 80202 |
| | Telephone: (303) 844-1571 |
| | david.blower@ssa.gov |

### 2.     STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

**3.     DATES OF FILING OF RELEVANT PLEADINGS**

      A.     **Date Complaint Was Filed:** March 30, 2012

      B.     **Date Complaint Was Served on U.S. Attorney's Office:** May 16, 2012

      C.     **Date Answer and Administrative Record Were Filed:** July 16, 2012

**4.     STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

The parties, to the best of their knowledge, state that the administrative record is complete and accurate.

**5.     STATEMENT REGARDING ADDITIONAL EVIDENCE**

The parties do not anticipate submitting additional evidence.

**6.     STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

The parties, to the best of their knowledge, do not believe this case raises unusual claims or defenses.

**7.     OTHER MATTERS**

      There are no other matters anticipated.

**8. BRIEFING SCHEDULE**

Counsel for both parties agree to the following proposed briefing schedule:

    **A.** **Plaintiffs Opening Brief Due:** September 17, 2012

    **B.** **Defendant's Response Brief Due:** October 17, 2012

    **C.** **Plaintiffs Reply Brief (If Any) Due:** November 1, 2012

**9. STATEMENTS REGARDING ORAL ARGUMENT**

    **A.** **Plaintiffs Statement:** Plaintiff does not request oral argument.

    **B.** **Defendant's Statement:** Defendant does not request oral argument

**10. CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.

**11. OTHER MATTERS**

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE MOVING ATTORNEY'S CLIENT, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

**12. AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of good cause.

DATED this 3rd day of August, 2012.

BY THE COURT:

*s/John L. Kane*_____
U.S. DISTRICT COURT JUDGE

APPROVED:

| | |
|---|---|
| s/Frederick Newall<br><br>730 N. Weber, #101<br>Colorado Springs, CO 80903<br>(719) 633-5211<br>E-mail: fnewall@qwestoffice.net<br>Attorney for Plaintiff | JOHN F. WALSH<br>United States Attorney<br><br>WILLIAM G. PHARO<br>Assistant United States Attorney<br>United States Attorney's Office<br>District of Colorado<br>William.Pharo@usdoj.gov<br><br>By: s/David Blower<br>   David Blower<br>   Special Assistant United States Attorney<br>   1001 Seventeenth Street<br>   Denver, Colorado  80202<br>   Telephone:  (303) 844-1571<br>   david.blower@ssa.gov<br>   Attorneys for Defendant. |